ORIGINAL

FILED
DISTRICT COURT OF GUAM
FEB 18 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00015 |
| Plaintiff, | PETITION FOR WARRANT OF REMOVAL |
| vs. | |
| JULES B. FLEDER, | |
| Defendant. | |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

On December 30, 2004, a Criminal Complaint was filed in the United States District Court, Eastern District of Texas, against the defendant JULES B. FLEDER, under Criminal Case No. 6:04MJ 90. The defendant was charged with Misrepresentations in the Offer and Sale of Securities, in violation of Title 15, United States Code, Section 77q(a). See Exhibit A.

Subsequently, the United States District Court for the Eastern District of Texas, issued a Warrant

//
//

# Criminal Case #05-00015

"Affidavit of Chad M. John

is hereby removed

from the case file

pursuant to the Judicial Conference

Policy on Privacy and

Public Access Act