IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
FEB 23 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00015**   **DATE: 2/23/2005**   **TIME:**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding   Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 2:12:13 - 2:14:11   CSO: J. McDonald

* * * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** JULES B. FLEDER   **ATTY:** JOHN GORMAN
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.   (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** JEFF STRAND   **AGENT:**

**U.S. PROBATION:** CHRIS DUENAS   **U.S. MARSHAL:** P. RABINA & F. TAITAGUE

**INTERPRETER:** _____   ( ) SWORN   **LANGUAGE:** _____

**PROCEEDINGS:** IDENTITY HEARING / WARRANT OF REMOVAL

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED   AGE:___   HIGH SCHOOL COMPLETED:_____
( ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE:_____ at _____   ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE:_____
( ) PRELIMINARY EXAMINATION SET FOR:_____ at _____
( ) ARRAIGNMENT SET FOR_____ at _____
( ) TRIAL SET FOR:

**PROCEEDINGS CONTINUED TO:** FEBRUARY 25, 2005 at 10:30 A.M.
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* (X) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defense requested for a two day continuance and stated his reasons. Government had no objections. - Granted.

**Courtroom Deputy:** ___