# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
FEB 25 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00015**  **DATE: 2/25/2005**  **TIME: 10:40 a.m.**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**  Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 10:40:35 - 10:45:50  CSO: J. McDonald

***APPEARANCES***

**DEFT:** __JULES B. FLEDER__  **ATTY:** __JOHN GORMAN__
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.  ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** JEFF STRAND  **AGENT:** JASON FERGUSON, F.B.I.

**U.S. PROBATION:** CHRIS DUENAS  **U.S. MARSHAL:** P. RABINA & F. TAITAGUE

**INTERPRETER:** _____  ( ) SWORN  **LANGUAGE:** _____

***

**PROCEEDINGS: CONTINUED IDENTITY HEARING / WARRANT OF REMOVAL**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED  AGE:____  HIGH SCHOOL COMPLETED:_____
( ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( X ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( X ) WAIVED ( ) SET FOR:_____ at _____
( X ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE  ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF
  THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE:_____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE:_____
( ) PRELIMINARY EXAMINATION SET FOR: _____ at _____
( ) ARRAIGNMENT SET FOR _____ at _____
( ) TRIAL SET FOR:

**PROCEEDINGS CONTINUED TO:**
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR *( X ) PROCESSING ( X ) DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**
Waiver of Identity and Order executed. Pen and ink change to the Waiver, changing the word "her" to "him". Parties had no objections to the change.

Defendant was remanded to the custody of the U.S. Marshal for removal to the Eastern District of Texas to be delivered to the U.S. Marshal in that District or some other authorized officer to receive him.

**Courtroom Deputy:** _____