ORIGINAL

1  LEONARDO M. RAPADAS
2  United States Attorney
   JEFFREY J. STRAND
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortes Avenue
5  Hagatna, Guam 96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

FEB 25 2005

MARY L.M. MORAN
CLERK OF COURT

⑦

8              IN THE UNITED STATES DISTRICT COURT
9
10                  FOR THE DISTRICT OF GUAM

11                                              05-00015
12  UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. _____
                                     )
13                       Plaintiff,  )
                                     )   **WAIVER OF IDENTITY AND ORDER**
14           vs.                     )
                                     )
15                                   )
    JULES B. FLEDER,                 )
16                                   )
17                       Defendant.  )
    _____    )

18
19         The Defendant, after advice of counsel, waives an identity hearing and consents to an
20  //
21
22  //
23  //
24  //
25
26  //
27  //
28  //

issuance of an Order requiring his appearance in the Eastern District of Texas where there is a

Warrant outstanding for his arrest.

DATED: 2/25/05

_____
JULES B. FLEDER
Defendant

APPROVED AS TO FORM:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
Assistant U.S. Attorney

### ***ORDER***

JULES B. FLEDER, having been arrested in the District of Guam on a Warrant of Arrest

issued pursuant to an Order, and having waived identity, JULES B. FLEDER is committed to the

U.S. Marshal's Office for the District of Guam for Removal to the Eastern District of Texas and

there deliver him to the U.S. Marshal for the Eastern District of Texas or to some other officer

authorized to receive him only.

FEB 25 2005

_____
Date

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

## RECEIVED

FEB 18 2005

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

-2-