ORIGINAL

FILED
DISTRICT COURT OF GUAM

FEB 25 2005

MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00015 |
|---|---|
| Plaintiff, | ) |
| vs | ) **WARRANT OF REMOVAL** |
| JULES B. FLEDER, | ) |
| Defendant. | ) |

USMS
ACKNOWLEDGED RECEIPT
By:
Date: 2/25/05

TO: U.S. MARSHAL
District of Guam

A Criminal Complaint having been filed in the United States District Court, Eastern District of Texas, under Criminal Case No. 6:04MJ 90, charging the defendant, JULES B. FLEDER, with Misrepresentations in the Offer and Sale of Securities, in violation of Title 15, United States Code, Section 77q(a); and

Said JULES B. FLEDER having been arrested in this District on a warrant for arrest issued pursuant to the above Order, was found to be the person named in the above referenced Order at a hearing held on February 25, 2005, and was committed to the custody of the U.S. Marshal's Service in the District of Guam pending his removal to the Eastern District of Texas to answer the charges that are pending against him;

//
//
//

1  You are therefore commanded to remove JULES B. FLEDER, forthwith to the Eastern
2  District of Texas and there deliver him to the United States Marshal in that District or to some
3  other officer authorized to received him.
4  DATED this 25th day of February, 2005.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
FEB 18 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-